UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>0NE RESIDENTIAL PROPERTY LOCATED 17348 LYONS VALLEY ROAD, JAMUL, CALIFORNIA, AND ALL IMPROVEMENTS AND APPURTENANCES AFFIXED THERETO,<br><br>　　　　　　Defendant. | Civil No. 04-CV-1698-L(JMA)<br><br>**ORDER GRANTING JOINT MOTION FOR FORFEITURE [doc. #47]** |

　　　　The parties have agreed to settle the above-captioned case in accordance with the stipulation contained in their joint motion.  Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for judgment of forfeiture  [doc. #47].  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment in accordance with the joint motion for judgment of forfeiture.

　　　　**IT IS SO ORDERED.**

DATED: May 18, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL